**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Delvin McKINNEY, a.k.a. Poochie,
a.k.a. Poco, Defendant–
Appellant.**

**No. 05–14168.**

United States Court of Appeals,
Eleventh Circuit.

March 8, 2007.

Michael Metz, Law Offices of Michael Metz, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

Jeanne Marie Mullenhoff, Anne R. Schultz, Suzan H. Ponzoli, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee.

Before TJOFLAT, FAY and SILER,[*] Circuit Judges.

_____
[*] Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by

**PER CURIAM.**

Delvin McKinney was convicted of six drug trafficking offenses, which included distributing cocaine within 1,000 feet of a school and playground area. The district court sentenced him to life imprisonment on one count and terms of years on the remaining counts. McKinney appeals, asking that we direct judgment of acquittal on all counts for insufficient evidence. We find the evidence overwhelming and therefore decline his request. McKinney seeks alternatively a new trial on the grounds that the court abused its discretion in admitting evidence and the cumulative effect of erroneous rulings. These grounds are meritless. We also find meritless the claim that his life sentence violates the Eighth Amendment.

AFFIRMED.